# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRENT HENRICKSON,
           Appellant,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; AND HAROLD
WICKHAM, WARDEN,
           Respondents.

No. 81040

FILED

MAY 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to extend prison copywork limit. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This court's review of this appeal reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule permits an appeal from an order denying a motion to extend prison copywork limit. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

Parraguirre, J.

_____, J.
Hardesty

_____, J.
Cadish

20-16617

cc:     Hon. Steve L. Dobrescu, District Judge
        Trent Henrickson
        Attorney General/Carson City
        White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A